S. Ward Heinrichs, State Bar No. 157774
**BACKSTROM & HEINRICHS**
ATTORNEYS AT LAW, APC
1400 6th Avenue, Suite 101
San Diego, California 92101
Telephone: (619) 699-4817
Facsimile: (619) 696-9794

Attorneys for Plaintiff:
RODGER BEETS

FILED
06 SEP 21 AM 8: 43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODGER BEETS, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>SONIC AIR, a business, form unknown; UPS SUPPLY CHAIN SOLUTIONS, INC., a corporation; UNITED PARCEL SERVICE, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 06 CV 1457 JM NLS<br><br>**JOINT STIPULATION FOR DISMISSAL AND** ~~[PROPOSED]~~ **ORDER** |

BEETS v. SONIC AIR, et al.             - 1 -                          Case No. 06 CV 1457
JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and herby is dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to bear its own costs and attorneys' fees. |

DATE: September 4, 2006

BACKSTROM & HEINRICHS,
ATTORNEYS AT LAW, A PROFESSIONAL
CORPORATION

By: _____
S. WARD HEINRICHS, ESQ.

Attorneys for Plaintiff RODGER BEETS

DATE: August 31, 2006

PAUL, HASTINGS, JANOFSKY &
WALKER LLP

By: _____
ROBERT P. KRISTOFF, ESQ.

Attorneys for Defendants
UPS SUPPLY CHAIN SOLUTIONS, INC.,
and UNITED PARCEL SERVICE, INC.

████████ORDER

Based upon the foregoing stipulation and good cause appearing, the Court hereby orders that the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to bear its own costs and attorneys' fees.

DATE: 9/20/06        SIGNED: _____
                                        JUDGE OF THE DISTRICT COURT

BEETS v. SONIC AIR, et al.        - 2 -        Case No. 06 CV 1457

JOINT STIPULATION FOR DISMISSAL AND ████████ORDER